# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: <br> TIMOTHY J. SCOUT <br><br> Debtor(s). | * <br><br> * <br><br> * | <br><br> Case No. 17-12417-BLS <br> Chapter 13 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

NOW COMES MTGLQ Investors, LP ("Creditor") by its attorneys, Lisa Hatfield and Stern & Eisenberg Mid-Atlantic, PC, hereby files this Objection to the Debtor's Chapter 13 Plan filed on November 13, 2017 (ECF NO. 4 )(the "Plan"), as follows:

1. Creditor is a secured in the above captioned case because it is the holder/servicer of a Note and Mortgage dated February 21, 2006 in the original principal amount of Two Hundred Seventeen Thousand and 00/100 Dollars ($181,140.00) bearing interest at a rate of 6.500% per annum, later modified to 4.000% by Loan Modification. The Note is secured by real property of the Debtor commonly known as 309 Birmingham Ave, Wilmington, DE 19804 (the "Property").

2. Creditor has filed a proof of claim in the instant case (Claim 7-1), which itemizes the debtor's total debt of $205,409.29 and with pre-petition arrears of $36,508.42.

3. Section 2-A of the Plan does not include the Creditor for real property commonly known as 309 Birmingham Ave, Wilmington, DE 19804. From initial review, the figures on the Plan fail to adequately protect Creditor.

4. The Plan does not provide for full payment of Creditor's secured claim, thus Creditor objects to Debtor's plan as it fails to comply with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5) and cannot be confirmed.

File No.: DE201700000737

**WHEREFORE**, the foregoing premises considered, Creditor moves this Court to deny confirmation of the Plan and such other and further relief that the Court deems just and proper.

Date: January 22, 2018                                   Respectfully Submitted,

                                                                       */s/ Lisa Hatfield*
Lisa Hatfield   FBN: 4967
Stern & Eisenberg Mid-Atlantic, PC
500 Creek View Road
Suite 304
Newark, DE 19711
Phone: (302) 731-7200
Fax: (302) 731-7211
lhatfield@sterneisenberg.com
Attorney for Creditor

File No.: DE201700000737

## **CERTIFICATE OF SERVICE**

    This is to certify that I have caused a copy of the foregoing Objection to Confirmation to be served electronically. Those not served electronically have been served by depositing same in the United States First Mail in a properly addressed envelope to each with adequate postage thereon as follows, on this 22nd day of January, 2018:

| | |
|---|---|
| Timothy J. Scout<br>309 Birmingham Ave.<br>Wilmington, DE 19804<br>*Debtor* | Michael B. Joseph<br>824 Market Street, P.O. Box 1351<br>Wilmington, DE 19899-1351<br>mjoseph@ch13de.com<br>*Chapter13 Trustee* |
| Doreen Becker<br>1217 King Street<br>Wilmington, DE 19801<br>dbeckeresq@verizon.net<br>*Attorney for Debtor* | Office of the U.S. Trustee<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>*U.S. Trustee* |

                Respectfully submitted,

                */s/ Lisa Hatfield*
                Lisa Hatfield, BAR# 4967
                Stern & Eisenberg Mid-Atlantic, PC
                500 Creek View Road
                Suite 304
                Newark, DE 19711
                Ph: (302) 731-7200
                lhatfield@sterneisenberg.com

File No.: DE201700000737