Hearing Date: February 19, 2019 at 09:00 AM
Objection Date: February 05, 2019

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:
TIMOTHY SCOUT                                              : Bk. Case No: 17-12417BLS

   Debtor (s).                                             : Chapter 13

## NOTICE OF HEARING

**NOTICE IS GIVEN** that a hearing on the Chapter 13 Trustee's Motion to Dismiss the within Debtor(s) case is scheduled for **Tuesday, February 19, 2019** at **09:00 AM** in the United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Room 309, Wilmington, Delaware.

**RESPONSES**, if any, must be in writing and filed in the Clerk's Office, United States Bankruptcy Court, District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon the Chapter 13 Trustee, 824 Market Street, Suite 1002, P.O. Box 1350, Wilmington Delaware 19899-1350, on or before **February 05, 2019**.

**IF A RESPONSE IS NOT TIMELY FILED AND SERVED, THE CASE WILL BE DISMISSED WITHOUT FURTHER HEARING.**

\S\ Michael B. Joseph
_____
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
(302) 656-0123
Chapter 13 Trustee

Dated: January 3, 2019

Hearing Date:  February 19, 2019 at 09:00 AM

Objection Date: February 05, 2019

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:  
TIMOTHY SCOUT                                              : Bk. Case No: 17-12417BLS

Debtor (s).                                                       : Chapter 13

## MOTION TO DISMISS CHAPTER 13 BANKRUPTCY

The Motion of Michael B. Joseph, Chapter 13 Trustee, respectfully represents as follows:

1. The Debtor commenced this case under Chapter 13 of the Bankruptcy Code on November 13, 2017.

2. The Debtor has failed to submit funds in accordance with the Confirmed Plan.  Attached as an Exhibit is a payment history setting forth the overdue amount.

3. The failure to make timely payments constitutes a material default of the Plan.

**WHEREFORE**, Movant prays that the case be dismissed pursuant to 11 U.S.C. Section 1307(c)(6).

\S\ Michael B. Joseph  
_____  
Michael B. Joseph, Esquire  
824 Market Street, Suite 1002  
P.O. Box 1350  
Wilmington, Delaware 19899-1350  
(302) 656-0123  
Chapter 13 Trustee

Dated: January 3, 2019

Hearing Date:   February 19, 2019 at 09:00 AM

Objection Date:  February 05, 2019

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

IN RE:  
TIMOTHY SCOUT                                           : Bk. Case No: 17-12417BLS

   Debtor (s).                                            : Chapter 13

## **ORDER**

**AND NOW, TO-WIT,** this _____ day of _____, 201___, upon Notice and Hearing of Trustee's Motion to Dismiss,

**IT IS ORDERED,** that the Debtor(s) petition is hereby dismissed.

                                                                _____  
                                                                 United States Bankruptcy Judge

TRUSTEE'S CERTIFICATE OF SERVICE

I, Michael B. Joseph, Esquire, Chapter 13 Trustee of the within estate, do hereby certify that on this 3rd day of January, 2019, I caused one copy of the within Notice of Hearing and Motion to Dismiss Chapter 13 Bankruptcy to be served by United States Mail, Postage Prepaid, to the following:

TIMOTHY SCOUT
309 BIRMINGHAM AVE.
WILMINGTON, DE  19804
Debtor(s)

DOREEN H. BECKER, ESQUIRE
HOLFELD & BECKER
1217 KING STREET
WILMINGTON, DE  19801
Attorney for Debtor(s)

/s/ Michael B. Joseph
Michael B. Joseph, Esquire
824 Market Street, Suite 1002
P.O. Box 1350
Wilmington, Delaware 19899-1350
302-656-0123
Chapter 13 Trustee

```
--------------------------------------------------------------------------------
                                 RECEIPT DATA
--------------------------------------------------------------------------------
TOTAL RCPTS: $4106        # MO. SINCE CON  : 2       NON-COMMISSION: $0
LAST RCPT  : 12-24-18     # MO. REMAINING  : 58
RCPTS DUE  : $5076        TOTAL PLAN LENGTH: 60      RCPTS OVERDUE : $970.00
--------------------------------------------------------------------------------
                               RECEIPT SCHEDULE
## PER    AMOUNT PERIODS  ## PER    AMOUNT PERIODS
01 MO     564.00    60
--------------------------------------------------------------------------------
                      RECEIPTS FOR THE LAST SIX MONTHS:
   DATE   TP DUE DATE REF NO.      AMOUNT COMMENTS
--------------------------------------------------------------------------------
09-07-18 MO 07-01-18 468213        500.00 6{114:1}
10-01-18 CC 07-01-18 468296        200.00 6{101:10}
10-31-18 AT 10-31-18 0            -2740.28 TRANSFER TO ACCT 2
10-31-18 AT 10-31-18 0             2740.28 TRANSFER FROM ACCT 1
11-01-18 CC 08-01-18 468396        750.00 6{100:10}
12-24-18 CC 09-01-18 493057        400.00 6{147:15}
--------------------------------------------------------------------------------
```