IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

IN RE:

TIMOTHY SCOUT

Debtor.

: Bk. Case No: 17-12417 (BLS)

:

: Chapter 13

## **ORDER**

**AND NOW**, the foregoing Motion having been presented and heard, and good cause appearing therefore,

**IT IS ORDERED THAT:**

1. The Motion is Granted, and absent a timely claim objection by the Debtor(s), the Trustee's proposed distribution is approved.

2. Debtor(s) shall have thirty (30) days from the date of this Order within which to examine proofs of claim filed in this case, review the Trustee's "Exhibit A", and to file an objection to any claim which may be improper or request the allowance of any additional claim as may be appropriate under 11 U.S.C. Section 501(c) and 502(a).

3. Failure to timely object will be deemed an approval by Debtor(s) of the claims as set forth in "Exhibit A" and the Trustee's intended distribution to creditors in accordance with the Confirmed Plan.

```
TIMOTHY SCOUT                              CASE NO. 17-12417BLS

309 BIRMINGHAM AVE.
WILMINGTON, DE   19804                     % PLAN : 0.00
                                           PLAN TERM: 60    RECEIPT AMOUNT:        564.00
                                           RECEIPTS PAID IN TO DATE     :       4106.00
ATTY: DOREEN H. BECKER, ESQUIRE            DISBURSEMENTS TO DATE         :       3706.00
      HOLFELD & BECKER                     CURRENT BALANCE               :        400.00
      1217 KING STREET
      WILMINGTON, DE   19801
```

|  |  |  |  | ADJUSTED |  |  |
|---|---|---|---|---|---|---|
| CLAIM |  |  | SCHEDULED | CLAIM | TOTAL | CURRENTLY |
| NO. | CREDITOR NAME | CLAIM TYPE | DEBT | AMOUNT | PAID | DUE |
| ----- | -------------------------------------- | ------------------------------ | ---------- | ---------- | ---------- | ---------- |
| 001 | REVIVER FINANCIAL, LLC | UNSECURED | 2145.00 | 0.00* | 0.00 | 0.00 |
| 002 | REVIVER FINANCIAL, LLC | UNSECURED | 0.00 | 0.00* | 0.00 | 0.00 |
| 003 | SANTANDER CONSUMER USA INC. | SECURED VEHICLE | 27590.00 | 30486.71 | 0.00 | 30486.71 |
| 004 | PREMIER BANKCARD, LLC | UNSECURED | 740.00 | 0.00* | 0.00 | 0.00 |
| 005 | ALLY FINANCIAL | UNSECURED | 7942.00 | 0.00* | 0.00 | 0.00 |
| 006 | DOREEN H. BECKER, ESQUIRE | ATTORNEY FEES | 3500.00 | 3500.00 | 3415.23 | 84.77 |
| 007 | MTGLQ INVESTORS | DIRECT | 174473.07 | 0.00 | 0.00 | 0.00 |
| 008 | FRIENDLY FINANCE CORP. | AMENDED CLAIM | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | FRIENDLY FINANCE CORP. | UNSECURED | 12157.00 | 0.00* | 0.00 | 0.00 |
| 009 | ASHLEY FUNDING SERVICES LLC | UNSECURED | 0.00 | 0.00* | 0.00 | 0.00 |
| 010 | NEW CASTLE COUNTY/LAW | DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | INTERNAL REVENUE SERVICE | DIRECT | 1.00 | 0.00 | 0.00 | 0.00 |
| 031 | DELAWARE DIVISION OF REVENUE | DIRECT | 1.00 | 0.00 | 0.00 | 0.00 |
| 100 | DEXSTA FEDERAL CREDIT UNION | NOT FILED UNSECURED | 5199.00 | 0.00 | 0.00 | 0.00 |
| 101 | RIVERBEND FINANCE | NOT FILED UNSECURED | 1131.98 | 0.00 | 0.00 | 0.00 |
| 102 | WILMINGTON POLICE & FIRE FCU | NOT FILED UNSECURED | 51359.87 | 0.00 | 0.00 | 0.00 |
| 500 | SUSAN NARDOZZI | DOMESTIC SUPPORT OBLIGATION | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTALS |  |  | 286239.92 | 33986.71 | 3415.23 | 30571.48 |

* Marked Claims have been adjusted according to payment status or percent plan.