B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
District of Delaware

IN RE:  :
TIMOTHY J. SCOUT  :
                                  :  Case No. 17-12417-BLS
                                  :  Chapter 13
     Debtor(s)  :
                                  :

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust<br><br>Name of Transferee | U.S. Bank Trust National Association, as Trustee C/O SN Servicing Corp<br><br>Name of Transferor |
|---|---|
| Name and Address where notices to transferee should be sent:<br><br>SN Servicing Corporation<br>323 Fifth Street,<br>Eureka, CA  95501 | Court Claim # (if known): 7<br><br>Amount of Claim: $205,409.29<br><br>Date Claim Filed: 01/12/2018 |
| Phone: 800-603-0836 | Phone: |
| Last Four Digits of Acct #: XX3249 | Last Four Digits of Acct. #: 4231 |
| Name and Address where transferee payments should be sent (if different from above):<br><br>SN Servicing Corporation<br>PO Box 660820,<br>Dallas, TX    75266 | |
| Phone: 800-603-0836 | |
| Last Four Digits of Acct #: XX3249 | |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/ Lisa Hatfield                      Date:  February 01, 2019
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## Certificate of Service

I hereby certify that a copy of the foregoing Transfer of Claim was served on the parties listed below by electronic means via the Court's CM/ECF notification system on this date <u>February 01, 2019</u>.

Becker, Doreen H.
1217 King Street
Wilmington, DE 19801
dbeckeresq@verizon.net
*Attorney for Debtor*

Michael B. Joseph
824 Market Street, P.O. Box 1351
Wilmington, DE 19899-1351
mjoseph@ch13de.com
*Chapter13 Trustee*

And by standard first class mail postage prepaid to:

Office of the U.S. Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
*U.S. Trustee*

Timothy J. Scout
309 Birmingham Ave.
Wilmington, DE 19804
*Debtors*

                              Respectfully submitted,

                              _____/s/  Lisa Hatfield_____
                              Lisa Hatfield (Bar No.  4967)
                              Stern & Eisenberg Mid-Atlantic, PC
                              500 Creek View Road
                              Suite 304
                              Newark, DE 19711
                              lhatfield@sterneisenberg.com
                              Phone:(302) 731-7200
                              Fax:(302) 731-7211
                              Attorney for Secured Creditor

DE201700000737