IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br>TIMOTHY J. SCOUT<br><br>            Debtor(s) | * <br> *   Case No. 17-12417-BLS<br>    Chapter 13<br>* |

* * * * * * * * * * * * * *

| | |
|---|---|
| U.S. BANK TRUST NATIONAL<br>ASSOCIATION, AS TRUSTEE OF THE<br>TIKI SERIES III TRUST<br>         Movant<br>v.<br>TIMOTHY J. SCOUT, Debtor,<br>Susan Scout, Co-Debtor,<br>Michael B. Joseph, Trustee,<br>         Respondents. | *<br><br>*   Objections Due: May 13, 2019 by 4:00 PM<br><br>*   Hearing Date: May 21, 2019 at 10:00 AM<br><br>*<br><br>* |

* * * * * * * * * * * * * *

## ORDER TERMINATING AUTOMATIC STAY UNDER SECTION 362 AND CO-DEBTOR STAY UNDER SECTION 1301 OF THE BANKRUPTCY CODE

**AND NOW, TO WIT,** the creditor U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust Motion for Relief from Automatic Stay and Co-Debtor Stay and Request for Adequate Protection (Doc. No. 70) having been duly presented, heard and considered;

The Court finds the facts as stated in the creditor's motion.

**IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 and Co-Debtor Stay of § 1301 and Fed. R. Bankr. P. 4001 and Fed. R. Bankr. P. 9014, for an order terminating the automatic stay of 11 U.S.C. § 362 is hereby terminated so as to permit the creditor, its servicers, successors and/or assigns, to enforce its security interest in 309 Birmingham Ave, Wilmington, DE 19804, through foreclosure proceedings, judicial sale of the property and whatever other legal remedies which may be available to the creditor under applicable State law; it is further

File No.: DE201700000737

**ORDERED** that the Debtors must pay $581.00 to SN Servicing Corporation for attorney's fees and costs.

Date: June 26, 2019

BY THE COURT:

The Honorable Brendan Linehan Shannon
U.S. Bankruptcy Court Judge

File No.: DE201700000737