**Fill in this information to identify the case:**

Debtor 1 _Timothy J. Scout_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Delaware

Case number _17-12417-BLS_

## Official Form 410S1

# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association as Trustee of Chalet Series III Trust

**Court claim no.** (if known): _7-1_

**Last 4 digits** of any number you use to identify the debtor's account:   3   2   4   9

**Date of payment change:**
Must be at least 21 days after date of this notice      _02/01/2019_

**New total payment:**
Principal, interest, and escrow, if any      $      1,012.07

---

**Part 1:**  **Escrow Account Payment Adjustment**

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____
   _____

   Current escrow payment: $ _____205.61_____      New escrow payment: $ _____271.95_____

**Part 2:**  **Mortgage Payment Adjustment**

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
   _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

**Part 3:**  **Other Payment Change**

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

---

Debtor 1    Timothy J. Scout
_____    Case number *(if known)*  17-12417-BLS
First Name    Middle Name    Last Name    _____

---

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐  I am the creditor.

☑  I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Michael J. Egan
_____    Date  01/09/2019
Signature    _____

Print:    Michael              J.              Egan
          _____    Title  Bankruptcy Asset Manager
          First Name    Middle Name    Last Name    _____

Company   SN Servicing Corporation
          _____

Address   323 5th Street
          _____
          Number              Street
          Eureka                          CA      95501
          _____
          City                            State   ZIP Code

Contact phone  800-603-0836
               _____    Email  bknotices@snsc.com
                                                   _____

---

SN Servicing Corporation                                    Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  December 13, 2018

TIMOTHY J SCOUT                                                        Loan:
SUSAN SCOUT
309 BIRMINGHAM AVE
WILMINGTON DE 19804                        Property Address:
                                           309 BIRMINGHAM AVENUE
                                           WILMINGTON, DE  19804

### Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from July 2018 to Jan 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Feb 01, 2019: |
|---|---|---|
| Principal & Interest Pmt: | 740.12 | 740.12 |
| Escrow Payment: | 205.61 | 271.95 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $945.73 | $1,012.07 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Dec 01, 2017 |
| Escrow Balance: | (1,888.70) |
| Anticipated Pmts to Escrow: | 2,878.54 |
| Anticipated Pmts from Escrow (-): | 252.99 |
| Anticipated Escrow Balance: | $736.85 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | 0.00 |
| Jul 2018 | | | | 8,418.38 * | | 0.00 | (8,418.38) |
| Sep 2018 | | | | 265.64 * | Escrow Disbursement | 0.00 | (8,684.02) |
| Sep 2018 | | | | 1,654.87 * | County Tax | 0.00 | (10,338.89) |
| Oct 2018 | | 8,829.66 | | * | Escrow Only Payment | 0.00 | (1,509.23) |
| Oct 2018 | | | | 126.49 * | Escrow Disbursement | 0.00 | (1,635.72) |
| Nov 2018 | | | | 126.49 * | Escrow Disbursement | 0.00 | (1,762.21) |
| Dec 2018 | | | | 126.49 * | Escrow Disbursement | 0.00 | (1,888.70) |
| | | | | | Anticipated Transactions | 0.00 | (1,888.70) |
| Dec 2018 | | 2,672.93 | | 126.49 | Forced Place Ins | | 657.74 |
| Jan 2019 | | 205.61 | | 126.49 | Forced Place Ins | | 736.85 |
| | $0.00 | $11,708.20 | $0.00 | $10,971.35 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $0.00.  Under Federal law, your lowest monthly balance should not have exceeded $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation                                     Final
For Inquiries: (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date: December 13, 2018

TIMOTHY J SCOUT                                              Loan:

### Annual Escrow Account Disclosure Statement
### Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments | | | Escrow Balance | |
|------|-----------|-------------|-------------|-------------|----------|
| | To Escrow | From Escrow | Description | Anticipated | Required |
| | | | Starting Balance | 736.85 | 827.40 |
| Feb 2019 | 264.40 | 126.49 | Forced Place Ins | 874.76 | 965.31 |
| Mar 2019 | 264.40 | 126.49 | Forced Place Ins | 1,012.67 | 1,103.22 |
| Apr 2019 | 264.40 | 126.49 | Forced Place Ins | 1,150.58 | 1,241.13 |
| May 2019 | 264.40 | 126.49 | Forced Place Ins | 1,288.49 | 1,379.04 |
| Jun 2019 | 264.40 | 126.49 | Forced Place Ins | 1,426.40 | 1,516.95 |
| Jul 2019 | 264.40 | 126.49 | Forced Place Ins | 1,564.31 | 1,654.86 |
| Aug 2019 | 264.40 | 126.49 | Forced Place Ins | 1,702.22 | 1,792.77 |
| Sep 2019 | 264.40 | 1,654.87 | County Tax | 311.75 | 402.30 |
| Sep 2019 | | 126.49 | Forced Place Ins | 185.26 | 275.81 |
| Oct 2019 | 264.40 | 126.49 | Forced Place Ins | 323.17 | 413.72 |
| Nov 2019 | 264.40 | 126.49 | Forced Place Ins | 461.08 | 551.63 |
| Dec 2019 | 264.40 | 126.49 | Forced Place Ins | 598.99 | 689.54 |
| Jan 2020 | 264.40 | 126.49 | Forced Place Ins | 736.90 | 827.45 |
| | $3,172.80 | $3,172.75 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.) Your escrow balance contains a cushion of $275.81. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $528.79 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $736.85. Your starting balance (escrow balance required) according to this analysis should be $827.40. This means you have a shortage of $90.55. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 12 months.

We anticipate the total of your coming year bills to be $3,172.75. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | 264.40 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 7.55 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $271.95 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,004.52 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated**

Page 3

1  Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180)
2  LAW OFFICES OF MICHELLE GHIDOTTI
   1920 Old Tustin Ave.
3  Santa Ana, CA 92705
   Ph:  (949) 427-2010
4  Fax: (949) 427-2732
   mghidotti@ghidottilaw.com
5
6  Attorney for Creditor
   U.S. Bank Trust National Association as Trustee of Chalet Series III Trust
7

8              UNITED STATES BANKRUPTCY COURT
            DISTRICT OF DELAWARE – DELAWARE DIVISION
9

10 In Re:                          )  CASE NO.:  17-12417
                                   )
11 Timothy J. Scout,               )  CHAPTER 13
                                   )
12      Debtors.                    )
                                   )  **CERTIFICATE OF SERVICE**
13                                  )
                                   )
14                                  )
                                   )
15                                  )
                                   )
16                                  )
                                   )
17                                  )
                                   )
18 _____ )

19                   <u>**CERTIFICATE OF SERVICE**</u>
20

21     I am employed in the County of Orange, State of California.  I am over the age of

22 eighteen and not a party to the within action.  My business address is: 1920 Old Tustin

23 Avenue, Santa Ana, CA 92705.

24     I am readily familiar with the business's practice for collection and processing of

25 correspondence for mailing with the United States Postal Service; such correspondence would

26 be deposited with the United States Postal Service the same day of deposit in the ordinary

27 course of business.

28 On January 9, 2019 I served the following documents described as:

---
                                  1

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by  placing a true and correct copy thereof in a sealed

envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Debtor's Counsel** |
|---|---|
| Timothy J. Scout | Doreen H. Becker |
| 309 Birmingham Ave. | 1217 King Street |
| Wilmington, DE 19804 | Wilmington, DE 19801 |
| | |
| **U.S. Trustee** | **Chapter 13 Trustee** |
| J. Caleb Boggs Federal Building | Michael B. Joseph |
| 844 King Street, Suite 2207,Lockbox 35 | 824 Market Street |
| Wilmington, DE 19801 | P.O. Box 1351 |
| | Wilmington, DE 19899-1351 |

_ xx___(By First  Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service  by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed on January 9, 2019 at Santa Ana, California

_/s / Lauren Simonton_
Lauren Simonton

CERTIFICATE OF SERVICE